No. 00–7075. STANSEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7076. RAMOS-PACHECO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7077. RUDD *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 00–7080. MORENO-CERNA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7082. MASON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7084. OMOSEFUNMI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 00–7090. RAMIREZ-VASQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7093. PERRY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–7095. LEMMONS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7098. LOPEZ-CHAVEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7105. PATINO-LULE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7108. BENNETT *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–7110. SORTO-GUZMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7113. ROMERO-FELIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7115. ADUSEI, AKA DANSO, ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.